FILED: May 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4163 (L)
(3:19-cr-00781-MGL-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TERRENCE VERNON DUNLAP

    Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk